Case #12-63884-tmr7

Adversary #14-06139-tmr

Berjac of Oregon – Debtor(s)

Thomas A Huntsberger, Trustee  Plaintiff(s)

Leone Roberts Defendant(s)

Answer to Complaint

I will not retain an attorney but elect to answer myself.

I did take transfers on 6/11/2012 and 8/7/2012 totaling $7,000.oo from my investment account with Berjac of Oregon as alleged in your complaint. These transfers were made without any knowledge of the insolvency of the Debtor. This was a demand note of which a copy (Attachment #1) is attached. This note also makes promises should a suit or action be instituted to collect this note. As an investor who is withdrawing their own funds we cannot be privy to the solvency of the Investee. Surely we cannot be expected to check the solvency of our investment accounts before withdrawing our money.

I cannot perceive that not only have I lost $ 137,000. to these thieves but I am being asked to return $7,000. Of MY MONEY . This is not the Debtor's money but the Defendants money.

Therefore I am asking relief from this demand.

Leone Roberts Defendant in the above named action.

*Leone Roberts*

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
SEP - 5 2014
LODGED_____REC'D_____
PAID_____DOCKETED_____

*Attachment #1*

# BERJAC

## of Oregon 11/06/00

LEONE ROBERTS
JEROME A ROBERTS
847 SE BLAKELEY
ROSEBURG, OR 97470

BERJAC NOTE

$199,165.00                                       Note No: 01-0072
                                                  Dated: 09/30/00

ON 12-31-01 after date, Berjac of OREGON promises to pay to the order of:
LEONE ROBERTS and JEROME A ROBERTS
ONE HUNDRED NINETY NINE THOUSAND ONE HUNDRED SIXTY FIVE Dollars
in lawful money of the United States of America, with interest thereon in lawful money at
the rate of    8.150  per cent per annum from    DATE    until paid; interest to be paid
~~be compounded~~ quarterly.  If any interest payment is not made within 10 days after its
due date, the whole sum of both principal and interest shall become immediately due and
collectible at the option of the holder of this note.  In case suit or action is instituted
to collect this note, or any portion hereof, Berjac promises and agrees to pay in addition
to costs and disbursements provided by statute, such addional sums in like lawful money as
the court may adjudge reasonable for attorney's fees to be allowed in said suit or action.
This note replaces all previously issued notes.

                                        Berjac of OREGON

                                        _____ Partner.

P.O. Box 726 • Eugene, OR 97440 • (541) 688-1322 • FAX (541) 689-3593

9/3/14

Clerk of Court:

Enclosed is a 2 page document which I wish to file. Since I am in AZ. I do not have a phone number for you so I can get the required filing fee amount or any filing procedures that I need to comply with.

Please call me (520) 399-3737 or cell (541) 954-0816 so that I can get the required fees and submit them to you.

Leone Roberts

If you do not reach me please leave a message with your ph.# so I can return the call.

Thank you

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
SEP - 5 2014
LODGED____ REC'D____
PAID____ DOCKET____

SUNLAND
ASPHALT